# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JOHN OSWALD,**

        Plaintiff,

      V.                                CASE NUMBER: **06-C-362**

**THE BLOOD CENTER OF WISCONSIN,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted. This action is hereby DISMISSED.**

    **August 17, 2006**                                    **SOFRON B. NEDILSKY**
Date                                                                Clerk

                                                                 s/Linda M. Zik
                                                              (By) Deputy Clerk