# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JOHN OSWALD,**

        Plaintiff**,**

  -vs-

**Case No. 06-C-362**

**THE BLOOD CENTER OF WISCONSIN,**

        Defendant**.**

## DECISION AND ORDER

On August 17, 2006, the Court entered a judgment in this matter dismissing John Oswald's ("Oswald") complaint against the Blood Center of Wisconsin. Despite an entry of default against the Blood Center, the Court dismissed the complaint because it could not discern from the allegations in the complaint a legitimate cause of action, nor could it discern any basis for federal jurisdiction.

Oswald has written a letter to the Court, dated August 22, 2006, which the Court construes as a motion to alter or amend under Fed. R. Civ. P. 59(e), as it was filed within 10 days of the Court's August 17 order. *See, e.g., Easley v. Kirmsee*, 382 F.3d 693, 696 n.2 (7th Cir. 2004). Oswald attempts to clarify his claims, alleging that he was harassed via an email sent from his own email account which implied "libidinous activities that I [Oswald] intend[ed] to do to certain co-workers." Oswald asserts that he was subjected to innuendo and harassing intimidation from supervisors and co-workers, who accused him of writing a very "disgusting" e-mail. Oswald states that the harassing atmosphere is what led to his resignation. He also states that he was harassed by Blood Center employees at other places of employment.

Once again, the Court is unable to discern any federal claims or any basis for federal jurisdiction. If Oswald is claiming he was harassed on account of his gender, he could arguably state a claim under Title VII, but such a claim must run the gamut of administrative remedies, of which there are no pertinent allegations in the complaint. In any event, the Court will strain no further in pursuit of federal jurisdiction on Oswald's behalf. It does not exist on the face of the complaint or in Oswald's attempts to clarify the same.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT**

Oswald's motion for reconsideration [Docket Nos. 19, 20] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 26th day of October, 2006.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**